IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GEORGE W. LINTON, Jr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:10CV404 |
| | ) |
| ROWAN-CABARRUS COMMUNITY | ) |
| COLLEGE, by and through MR. RAY | ) |
| PARADOWSKI, Chairman of the Board | ) |
| of Trustees, | ) |
| | ) |
| Defendants | ) |

**ORDER ADOPTING RECOMMENDATION**

The recommendation of the United States Magistrate Judge [Doc. # 22] was filed with the Court on March 29, 2013, and was served on the parties in this action. On April 15, 2013, Plaintiff filed a response [Doc. # 25] to the Magistrate Judge's recommendation.

The Magistrate Judge acknowledged that the Plaintiff voluntarily dismissed his claims against four individual defendants and recommended denying as moot the defendant's motion to dismiss these claims. The Magistrate Judge likewise recommended denying the sole remaining Defendant's motion to dismiss. Although the remaining Defendant has since filed a Supplemental Answer [Doc. # 24] to the Plaintiff's complaint, it has not filed an objection to the Magistrate Judge's Recommendation. The Plaintiff's response does not appear to object to

any portion of the Recommendation. As such, the Recommendation is considered unopposed, and is reviewed for clear error. See 28 U.S.C.A. § 636(b)(1).

The Court has reviewed the Recommendation of the Magistrate Judge [Doc. # 22] and, finding no clear error, adopts that Recommendation.

This the 20th of August, 2013

　　　　　　　　　　　　　　　　　　　　　/s/  N. Carlton Tilley, Jr.
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge